CENTRAL OF GEORGIA RAILWAY CO. *v.* WILLIAMS BUGGY CO.

SIMMONS, C. J. 1. Relatively to persons or property on the track of a railroad company where there is no public crossing and where the company is not bound to anticipate their presence, it is not negligence for the company to run its trains at a speed of fifty or sixty miles an hour.

2. Under the undisputed evidence the defendant fully rebutted the presumption of negligence arising against it from proof of the killing of the stock, and the trial judge erred in refusing to grant a new trial. *Georgia M. R. Co.* v. *Harris*, 83 *Ga.* 393; *Georgia S. Ry. Co.* v. *Sanders*, 111 *Ga.* 128.

*Judgment reversed. All the Justices concur.*

Argued October 24, — Decided November 12, 1904.

Action for damages.　　Before Judge Hodges.　　City court of Macon.　　July 30, 1904.

*Hall & Wimberly* and *J. E. Hall,* for plaintiff in error.
*Claud Estes,* contra.